# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of September, two thousand fifteen.

Before:  Susan L. Carney,
  *Circuit Judge.*

_____

Vijay Kumar Chhabra,

Petitioner*,*

v.

Loretta E. Lynch, United States Attorney General,

Respondent.

_____

**ORDER**
Docket No. 15-1906

Petitioner, through counsel, moves to extend the time to respond to the Government's motion to dismiss until September 14, 2015.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

